473 A.2d 650

Commonwealth v. Portmann, Appellant.

Submitted November 7, 1983. William C. Cramer, Jr., for appellant; David W. Rahauser, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.